1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                    EASTERN DISTRICT OF CALIFORNIA

8

9   BRIAN HICKS,                         No. 2:11-cv-01698-MCE-DAD

10          Plaintiff,

11      v.                               MEMORANDUM AND ORDER

12  PORTFOLIO RECOVERY ASSOCIATES
    LLC,
13
            Defendant.
14

15                          ----oo0oo----

16      The Court is in receipt of the Stipulation of Dismissal with

17  Prejudice filed by the parties on January 27, 2012 (ECF No. 12).

18  Based upon that Stipulation, and pursuant to Federal Rule of

19  Civil Procedure 41(a)(1), this matter is hereby DISMISSED with

20  prejudice.  The Motion to Withdraw as Counsel filed by the

21  attorney for Plaintiff Brian Hicks (ECF No. 11) is DENIED as

22  moot, and the Clerk of the Court is directed to close this case.

23      IT IS SO ORDERED.

24   Dated: March 5, 2012

25

26  _____
    MORRISON C. ENGLAND, JR.
27  UNITED STATES DISTRICT JUDGE

28

                                 1